UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

NIHAT CARDAK and SUNIL CHANDRA,

Defendants.

**ORDER**

21 Cr. 616 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The status conference in these matters is rescheduled to **June 27, 2022 at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       June 27, 2022

SO ORDERED.

*Paul S. Gardephe*
Paul G. Gardephe
United States District Judge