UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

        UNITED STATES OF AMERICA

                -v.-

        NIHAT CARDAK,

             Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**FINAL ORDER OF FORFEITURE**

21 Cr. 616 (PGG)

WHEREAS, on or about December 20, 2023, this Court entered a Preliminary Order of Forfeiture as to Substitute Asset (the "Substitute Asset Order") (D.E. 115), which ordered the forfeiture to the United States of all right, title and interest of NIHAT CARDAK (the "Defendant") in the following property:

      i.     $125,000 in U.S. currency currently held in Fidelity account number 235757470 in the name of the Defendant,

(the "Substitute Asset");

WHEREAS, the Substitute Asset Order directed the United States to publish, for at least thirty (30) consecutive days, notice of the Substitute Asset Order, notice of the United States' intent to dispose of the Substitute Asset, and the requirement that any person asserting a legal interest in the Substitute Asset must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Substitute Asset and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of

the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require

publication of a notice of forfeiture and of the Government's intent to dispose of the Substitute

Asset before the United States can have clear title to the Substitute Asset;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose

of the Substitute Asset was posted on an official government internet site (www.forfeiture.gov)

beginning on December 30, 2023, for thirty (30) consecutive days, through January 28, 2024,

pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims

and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court

on March 13, 2024 (D.E. 120);

WHEREAS, on or about December 19, 2023, notice of the Substitute Asset Order

was sent by certified mail to the Defendant at FCI Petersburg LOW, Petersburg, Virginia, and

Devin McLaughlin, at Middlebury, Vermont ;

WHEREAS, thirty (30) days have expired since final publication of the Notice of

Forfeiture and no petitions or claims to contest the forfeiture of the Substitute Asset have been

filed;

WHEREAS, the Defendant and Devin McLaughlin are the only people and/or

entities known by the Government to have a potential interest in the Substitute Asset;

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the

United States shall have clear title to any forfeited property if no petitions for a hearing to contest

the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as

set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

2

1.    All right, title and interest in the Substitute Asset is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2.    Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Substitute Asset.

3.    The United States Marshals Service (or its designee) shall take possession of the Substitute Asset and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated:    New York, New York
          June 1, 2026

SO ORDERED:

_____
HONORABLE PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE

3